IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 11-0534
 ((((((((((((((((

 Ams Construction Company, Inc. D/B/A Ams Staff Leasing, Petitioner

 v.

 K.H.K. Scaffolding Houston, Inc., Respondent

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The amended motion to abate, filed on September 1, 2011, is
granted and this case is ABATED to allow the parties to proceed with
finalizing their settlement.
 2. This case is removed from the Court's active docket until
October 10, 2011, by which time the parties must file either a status
report or a motion to dismiss. The parties shall immediately notify this
Court about any changes in the status of the case.

 Done at the City of Austin, this 9th day of September, 2011.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk